UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO: 4:20-CR-003 |
| | ) | |
| WILLIAM MCCRAE JR. | ) | |

**ORDER**

Based upon a motion by the Government (Doc. 13), and for good cause shown therein, and with no opposition from the Defendant, it is hereby

ORDERED that the Defendant produce and disclose documents and evidence related to the above-captioned case pursuant to Fed. R. Crim. P. 16(b)(1)(A)-(C).

SO ORDERED, this 21st day of February 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA