IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

WILLIAM MCCRAE, JR.,

Defendant.

CASE NO.: 4:20-cr-3

# **O R D E R**

The appeal in the above-styled action having been dismissed for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 27th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA